Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for SN Servicing Corporation as servicer for
U.S. Bank Trust National Association as Trustee of the
Chalet Series IV Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X

IN RE:

Charles Patterson Wright, II
Kanyanat Wright

Debtors

CASE NO.: 17-31543

CHAPTER: 7

HON. JUDGE.:
ROSEMARY GAMBARDELLA

HEARING DATE:
June 25, 2019 at 10:00am

-----------------------------------------------------------------X

## **LIMITED OPPOSITION TO MOTION SELL REAL PROPERTY**

Jonathan Schwalb, an attorney admitted to practice before the United States Bankruptcy Court for the District of New Jersey, hereby affirms the following to be true under the penalty of perjury:

1. SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust (hereinafter "SN Servicing"), by and through its attorneys, Friedman Vartolo, LLP, submits this affirmation in response to the motion of Eric Perkins, (hereinafter "Trustee") dated May 13, 2019 (hereinafter "Motion"), seeking to sell the real property located at 28 Valley Road, Boonton, NJ 07055 (hereinafter "Property").

2. The Debtor filed his chapter 7 bankruptcy petition on October 24, 2017.

3. SN Servicing is a secured creditor and senior lien holder of the Debtor. This debt is evidenced by a proof of claim, filed by prior servicer Shellpoint Mortgage Servicing on the Court's claims register as claim number 5-1 (hereinafter "Proof of Claim") which detailed a total debt at the time of filing in the amount of $93,017.19. A transfer of claim will be filed.

4. The Debtor's Motion now seeks court approval to sell the Property for the sum of $200,000.00.

5. The Motion seemingly relies on the Proof of Claim total debt of $93,017.19 as the amount owed to SN Servicing. This does not accurately reflect the current payoff figure and should not be relied upon at closing. As of June 19, 2019, the current payoff to SN Servicing totals approximately $121,324.40.

6. SN Servicing does not object to the sale of the Property however SN Servicing submits this limited response, seeking assurance that any Order granting the Motion includes a provision which states that SN Servicing will be paid in full on the closing date from a payoff which will be provided at closing.

WHEREFORE, SN Servicing respectfully requests that the Debtor's motion be granted to the extent outlined above and for all other and further relief as is just and proper.

Dated: June 19, 2019
      New York, New York

FRIEDMAN VARTOLO LLP
85 Broad Street Suite 501
New York, New York 10004

          Attorneys for SN Servicing
          Corporation
          P: (212) 471-5100

        By: /s/ Jonathan Schwalb
         Jonathan Schwalb, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust

In Re:

Charles Patterson Wright, II
Kanyanat Wright

Case No.: 17-31543
Chapter: 7
Adv. No.:
Hearing Date:
Judge: Rosemary Gambardella

## CERTIFICATION OF SERVICE

1. I, __Theodore Weber__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jonathan Schwalb, Esq.__, who represents __SN Servicing Corporation__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __June 19, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Limited Opposition to Motion to Sell Real Property

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __June 19, 2019__         /s/ Theodore Weber
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Charles Patterson Wright, II<br>28 Valley Rd<br>Boonton, NJ 07005-9159 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kanyanat Wright<br>28 Valley Rd<br>Boonton, NJ 07005-9159 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Harry M. Gutfleish<br>Gutfleish Law, LLC<br>Three University Plaza<br>Suite 410<br>Hackensack, NJ 07601 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Arthur David Malkin<br>Arthur David Malkin, Attorney at Law<br>181 New Road<br>Ste #304<br>Parsippany, NJ 07054 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric R. Perkins<br>McElroy, Deutsch, Mulvaney & Carpenter<br>40 West Ridgewood Avenue<br>Ridgewood, NJ 07450 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Virginia T. Shea<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>1300 Mount Kemble Avenue<br>Morristown, NJ 07962 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>570 Broad Street, Ste. 1500<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eric Raymond Perkins<br>Eric R. Perkins, Chapter 7 Trustee<br>354 Eisenhower Parkway<br>Suite 1500<br>Livingston, NJ 07039 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

3